# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
(West Palm Beach Division)
CASE NO: 20-80648-CV-MIDDLEBROOKS

RAUL ALEJANDRO LORENZO,
    Plaintiff,

vs.

BRYLER CORPORATION,
MICHAEL L. WYLIE, AND
CHRISTINE P. WYLIE,
    Defendants.
_____/

## SATISFACTION OF FINAL JUDGMENT OF GARNISHMENT AGAINST CHASE BANK

COMES NOW, Plaintiff, Raul Alejandro Lorenzo, the owner and holder of a Final Judgment of Garnishment rendered in the above-captioned action against Garnishee, JP Morgan Chanse Bank, N.A., by the Court on February 14, 2022, and hereby acknowledges that this Final Judgment of Garnishment has been satisfied by Garnishee, who has paid or otherwise settled the amounts due thereunder, and is therefore released from further liability under the Final Judgment of Garnishment.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via CM/ECF to the parties on the date specified below.

Respectfully Submitted on March 31, 2022,
KOGAN LAW P.A.
*Attorneys for Plaintiff*
1835 E. Hallandale Beach Blvd., Unit 444
Hallandale, FL 33009
Phone: (954) 433-6100
Facsimile: (954) 433-6122
Primary: luda@koganlawpa.com
Secondary: Admin@koganlawpa.com
By: */s/ Lyudmila Kogan*_____
    Lyudmila (Luda) Kogan, Esq.,
    Fla. Bar No. 69405