# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-80648-CIV-MIDDLEBROOKS

RAUL ALEJANDRO LORENZO,

    Plaintiff,

v.

BRYLER CORPORATION, et al.,

    Defendants.

_____/

## ORDER ON FINAL JUDGMENT OF CONTINUING GARNISHMENT

THIS CAUSE comes before the Court upon Plaintiff Raul Alejandro Lorenzo's Motion for Final Judgment of Garnishment ("Motion") (DE 148) against Defendant Michael L. Wylie, filed on March 31, 2022. Defendant Michael Wylie has not responded to the Motion and his deadline to do so has passed. For the reasons explained below, Plaintiff's Motion is granted.

On November 20, 2020, a Final Judgment was entered against Defendant Michael L. Wylie in this Court in the amount of $99,488.48. (DE 24). A Writ of Continuing Garnishment was served against Defendant's wages on Garnishee, VOSS USA, Inc. on December 14, 2021. (DE 93). On March 4, 2022, Garnishee answered, disclosing that it was withholding 25% of Defendant's disposable income, in the amount of $1,465.93, every two weeks since February 28, 2022. (DE 137). Plaintiff provided Notice to Defendant Michael Wylie of these garnishment proceedings on February 10, 2022 (DE 123) and provided Notice of Garnishee's Answer on March 7, 2022. (DE 139). No motion to dissolve the Writ has been filed and the time period for doing so has expired. As Florida Statute § 77.083 mandates the entry of judgment against the garnishee for the amount of its liability as disclosed by the garnishee's answer, it is **ORDERED AND ADJUDGED** that:

1

(1) Plaintiff's Motion (DE 148) is **GRANTED**.

(2) Plaintiff holds a Final Judgment against Defendant Michael L. Wylie in the amount of $99,488.48. (DE 24).

(3) A Writ of Continuing Garnishment was served against Defendant's wages on Garnishee, VOSS USA Inc. (DE 93).

(4) Garnishee answered that it is indebted to Defendant, Michael L. Wylie, by reason of wages, and that it has been withholding 25% of Defendant's disposable income, in the amount of $1,465.93, every two weeks since February 28, 2022. (DE 137).

(5) Within 10 days, VOSS USA Inc. is hereby ordered to provide to Plaintiff, c/o Kogan Law P.A., an accounting of all sums withheld pursuant to the Continuing Writ of Garnishment, through the date of this Court's Order.

(6) VOSS USA Inc. is further ordered to pay to Plaintiff all funds withheld from Defendant's wages from February 28, 2022, through the date of this Order, and to continue to withhold and pay to Plaintiff twenty-five percent (25%) of Defendant Michael L. Wylie's disposable earnings from each pay period, accounting for all wages/salary, bonuses, commissions, and salary increases, until such time as Plaintiff's Judgment is satisfied, Michael L. Wylie's employment is terminated, or until further Order of this Court.

(7) All payments ordered herein shall be made payable to Kogan Law P.A. Trust, 1835 E. Hallandale Beach Blvd., Suite 44, Hallandale Beach, FL 33009.

**SIGNED** in Chambers at West Palm Beach, Florida, this 18th day of April, 2022.

Donald M. Middlebrooks
United States District Judge