UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(West Palm Beach Division)

CASE NO: 20-80648-CV-MIDDLEBROOKS

RAUL ALEJANDRO
LORENZO,

    Plaintiff,

vs.

BRYLER CORPORATION,
MICHAEL L. WYLIE, AND
CHRISTINE P. WYLIE,

    Defendants.

_____/

## SATISFACTION OF FINAL JUDGMENT

KNOWN ALL MEN BY THESE PRESENTS:

That, I, Lyudmila (Luda) Kogan, as attorney and authorized agent for Raul Alejandro Lorenzo, the owner and holder of a Final Judgment rendered in the above-captioned action against Bryler Corporation, Michael L. Wylie, Christine P. Wylie, entered by the Court on November 10, 2020, and recorded on June 29, 2021 in the Public Records of Palm Beach County, CFN # 20210301735, OR Book No. 32633 at Page 1685, do hereby acknowledge that this Final Judgment has been satisfied by Bryler Corporation, Michael L. Wylie, Christine P.

Wylie, who have paid or otherwise settled the amount due thereunder, and are therefore released from further liability under the Final Judgment.

Dated on this 20th day of November, 2024.

By: _____
Lyudmila (Luda) Kogan
Florida Bar No. 69405
KOGAN LAW P.A.
1835 E. Hallandale Beach Blvd., Unit 444
Hallandale Beach, FL 33009
Telephone: (954) 433-6100
Facsimile: (954) 433-6122
Email: luda@koganlawpa.com

STATE OF FLORIDA
COUNTY OF BROWARD

Before me, an officer duly qualified to take acknowledgments, personally appeared Lyudmila Kogan, who after being first duly sworn says that the foregoing is true and correct to the best of his or her knowledge, and who is personally known to me, and who did take an oath.

WITNESS my hand and seal in the County and State last aforesaid this 20th day of November, 2024.

_____
NOTARY PUBLIC STATE OF FLORIDA

My commission expires:

[Notary Seal: HEATHER INNUSA, NOTARY PUBLIC, MY COMMISSION EXPIRES 6-11-2026, STATE OF FLORIDA, COMMISSION NUMBER HH 277886]